## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victor Demetrius Cole,                                    Civ. No. 24-2148 (PAM/JFD)

        Plaintiff,

v.                                                                            **ORDER**

United States Marshals Service,

        Defendant.

---

This matter is before the Court on Defendant's Motion to Dismiss. Plaintiff's response in opposition to the Motion was due on or before January 6, 2025. Because Plaintiff is pro se, the Court allowed him additional time to file a response in the first instance. See D. Minn. L. R. 7.1(c)(2). However, nearly two weeks have elapsed since Plaintiff's response was due, and he has neither filed a response nor requested more time to do so.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Docket No. 38) is **GRANTED** and the Complaint is **DISMISSED without prejudice**. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 17, 2025

                    *s/ Paul A. Magnuson*
                    Paul A. Magnuson
                    United States District Court Judge